**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**ROGER W. TITUS**                                                                 **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                                      **GREENBELT, MARYLAND 20770**
                                                                                                          **301-344-0052**

## M E M O R A N D U M

TO:          Counsel of Record

FROM:     Judge Roger W. Titus

RE:          *William E. Jones, Jr. v. United States of America*
                Civil No. RWT-15-1490

DATE:      May 23, 2017

* * * * * * * * *

On May 22, 2017, the Court held a telephone status conference with counsel for the Parties. A further telephone status conference is hereby scheduled for **June 15, 2017, at 5:15 p.m.**, to be initiated by counsel for the Plaintiff.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                         /s/
                                         Roger W. Titus
                                         United States District Judge