UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**ROGER W. TITUS**　　　　　　　　　　　　　　　　　　　　　　　**6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**　　　　　　　　　　　　　　　　　**GREENBELT, MARYLAND 20770**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**301-344-0052**

# M E M O R A N D U M

TO:　　　　Counsel of Record

FROM:　　Judge Roger W. Titus

RE:　　　　*William E. Jones, Jr. v. United States of America*
　　　　　　Civil No. RWT-15-1490

DATE:　　May 2, 2018

　　　　　　　　　　　　　　＊ ＊ ＊ ＊ ＊ ＊ ＊ ＊ ＊

The Court takes notice of the Government's Omnibus Motion in Limine [ECF No. 33] and Plaintiff William E. Jones, Jr.'s ("Jones") Response in Opposition [ECF No. 38].

The Government **SHALL FILE ANY REPLY** in support of its Motion on or before **4:00 p.m. on May 7, 2018.**

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　Roger W. Titus
　　　　　　　　　　　　　　　　　　　　　United States District Judge